# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Francisco Javier Tiburcio Garcia | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | Case Number: **0:25-cv-03219-JMB-DTS** |
| Pamela Bondi, Attorney General; Kristi Noem, Secretary, U.S. Department of Homeland Security; Department of Homeland Security, Todd M. Lyons, Acting Director of Immigration and Customs Enforcement; Immigration and Customs Enforcement; Sirce Owen, Acting Director for Executive Office for Immigration Review; Executive Office for Immigration Review; Peter Berg, Director, Ft. Snelling Field Office Immigration and Customs Enforcement; and Joel L. Brott, Sheriff of Sherburne County; | |
| Respondent. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Petitioner Juan S.'s Petition for a writ of habeas corpus is GRANTED in part as follows:

1. The Court OVERRULES Petitioner's Objections (Doc. No. 22) to the R&R.
2. The Court OVERRULES Respondents' Objections (Doc. No. 23) to the R&R.
3. The Court ADOPTS the R&R. (Doc. No. 20.)
4. The Court GRANTS the Petition insofar as it requests that Respondents must provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) if Petitioner is re-detained.

Date: 11/20/2025                                                                KATE M. FOGARTY, CLERK